# LAW OFFICE OF ROBERT J. GREENBAUM

Attorneys at Law
1500 Route 517, Suite 214
Hackettstown, New Jersey 07840

---

(908) 684-4004
Fax (908) 684-4009
gandfllc@Yahoo.com

June 25, 2010

Honorable Esther Salas
United States District Court for New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:  Amentas v. The Walking Company
     Docket No.: 09-4313 (PGS)

Dear Judge Salas:

This matter was administratively dismissed by the Court when the defendant filed for bankruptcy. At that time, you indicated that I should write to the court when and if I received relief from the bankruptcy court to proceed. Enclosed is such an order. Please advise as to what I need to do to get this matter back on the active track.

Respectfully submitted,

/S/ Robert J. Greenbaum

ROBERT J. GREENBAUM

cc. Margot Wilensky, Esq.

*[Handwritten annotation:]* 7/6/10 So Ordered the above matter is re-opened. Peter M[Sheridan]