# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**ESTHER SALAS**
**UNITED STATES MAGISTRATE JUDGE**

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST.**
**ROOM 2060**
**NEWARK, NJ 07101**
**973-297-4887**

July 7, 2010

## <u>LETTER ORDER</u>

Re:     **Amentas v. The Walking Company**
          **Civil Action No. 09-4313 (PGS)**

Dear Counsel:

Please be advised that the Undersigned has scheduled a telephone status conference for **July 28, 2010 at 10:00 a.m.**  Counsel for the Plaintiff is to initiate the call.  Should you have any questions please call (973) 297-4887.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas**
**UNITED STATES MAGISTRATE JUDGE**