

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
*www.hcandglaw.com*

*Scott L. Haworth*
*Direct: 212.952.1101*
*scott.haworth@hcandglaw.com*

July 1, 2010

**VIA ECF**

Clerk of the Court
United State District Court
District Court of New Jersey
Martin Luther King, Jr. Federal Building &
United States Courthouse
50 Walnut Street
Newark, New Jersey  07101

*Re:*   **Amentas v. The Walking Company**
        Docket No.: 09-4313 (PGS)

Dear Sir/Madam:

        Please accept this letter as notice that the undersigned, counsel of record for defendant The Walking Company Holding, Inc. ("The Walking Company")  in the above-referenced matter is now a member of the law offices of Haworth Coleman & Gerstman, LLC, 45 Broadway, 21st Floor, New York, New York, 10006.  This case has been transferred to the law offices of Haworth Coleman & Gerstman, LLC from the law firm of Sedgwick, Detert, Moran & Arnold LLP.  The undersigned will continue to represent defendant The Walking Company in this action.

        Please take notice that Margot Wilensky, also an attorney of record previously with the law firm of Sedgwick, Detert, Moran & Arnold LLP has moved to the law offices of Haworth Coleman & Gerstman, LLC, and continues to represent the aforementioned defendant in this matter.  All contact information for the attorneys of record has been changed through the ECF system.

        Thank you very much for you time and attention to this matter.  Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

Scott L. Haworth
HAWORTH COLEMAN & GERSTMAN, LLC

*New Jersey Office: 660 Newark Avenue, Jersey City, NJ 07306 Tel: 201.465.4180 Fax: 201.465.4182*

cc: *(via ECF)*

Robert Greenbaum, Esq.
Law Office of Robert J. Greenbaum
1500 Route 517, Suite 214
Hackettstown, New Jersey  07840