HAWORTH COLEMAN & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, New York 10006
Telephone (212) 952-1100
Facsimile (212) 952-1110
Attorneys for Defendant
THE WALKING COMPANY HOLDINGS, INC. i/s/a
"THE WALKING COMPANY"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
ROSA AMENTAS,

                       Plaintiff,    Civil Action No.: 09-4313 (PGS)

-against-

                                     **AMENDED DISCOVERY SCHEDULE**

THE WALKING COMPANY,

                       Defendant.
---------------------------------------------------------------x

      This matter having come before the Court during the status conference on July 28, 2010; and the Court having considered the positions of the parties; and good cause having been shown;

      IT IS on this 3rd day of August, 2010,

**ORDERED THAT:**

The Parties will have until November 30, 2010, to conclude all fact discovery according to the following schedule:

      *September 17, 2010* – Deadline for all parties to respond to requests for production of documents, interrogatories, and for plaintiff to provide authorizations for medical records;

      *November 30, 2010* – Deadline for completion of fact discovery;

*December 30, 2010* – Deadline for plaintiff to serve affirmative expert reports;

*January 31, 2011* – Deadline for defendant to serve rebuttal expert reports.

There is a telephone status conference scheduled for September 29, 2010 at 2:00 p.m., which is to be initiated by defendant.

Robert J. Greenbaum
Law Office of Robert J. Greenbaum
1500 Route 517, Suite 214
Hackettstown, New Jersey 07840
Attorney for Plaintiff

Margot Wilensky
Haworth Coleman & Gerstman, LLC
45 Broadway, 21st Floor
New York, NY 10006
Attorneys for Defendant
The Walking Company Holdings, Inc.

So Ordered:

Honorable Esther Salas, U.S.M.J.