UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON OFFICE**

September 22, 2010
DATE OF PROCEEDINGS

**JUDGE** Peter G. Sheridan, USDJ

**COURT REPORTER:** Frank Gable

Other(s) _____
Rose Amentas

**Docket #** Civ. 09-4313 (PGS)

vs.

The Walking Company

**APPEARANCE:**
Robert J. Greenbaum, Esq., for Plaintiff
Scott L. Haworth and Margot Nicole Wilensky, Esqs., for Defendant

**NATURE OF PROCEEDINGS:**
No Appearance
In Chambers status telephone conference

Adjourned to: _____   Time commenced: 10:30 a.m.   Time Adjourned: 11:00 a.m.

Dolores Hicks
DEPUTY CLERK

cc: Chambers