# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

February 3, 2011

## LETTER ORDER

Re:  **Amentas v. The Walking Company**
     **Civil Action No. 09-4313 (PGS)**

Dear Counsel:

Please be advised that an in-person settlement conference will take place on **March 4, 2011 at 10:00 a.m.** One week prior to the conference, each party is to deliver to the Court a confidential letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel and clients with full settlement authority are to be present **IN PERSON** at the conference.  Any failure in this regard shall result in the imposition of sanctions.

**SO ORDERED.**

                              *s/Esther Salas*
                              **Esther Salas, U.S.M.J**