# LAW OFFICE OF ROBERT J. GREENBAUM

Attorneys at Law
1500 Route 517, Suite 214
Hackettstown, New Jersey 07840

_____

(908) 684-4004
Fax (908) 684-4009
gandfllc@Yahoo.com

February 24, 2011

Honorable Esther Salas
United States District Court for New Jersey
50 Walnut Street
Newark, New Jersey 07101

    Re:    **Amentas v. The Walking Company**
              **Docket No.: 09-4313 (PGS)**

Dear Judge Salas:

    This office represents the plaintiff.  The matter has been settled between the parties.  Please enter an Order dismissing the matter.

                              Respectfully submitted,

                              /S/ Robert J. Greenbaum

                              ROBERT J. GREENBAUM